IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES R. WEST, JR.,                )
                                   )
            Plaintiff,             )
                                   )
v.                                 )        CIVIL ACTION NO.  2:02CV1386-T
                                   )        [WO]
J. C. GILES, et al.,               )
                                   )
            Defendants.            )

## ORDER ON MOTION

On 19 June 2005, the court entered a Recommendation advising dismissal of the plaintiff's claims (Doc. # 52) and setting 23 June 2005 as the deadline for objections.  On 22 June 2005, one day before his objections were due, the plaintiff forwarded a request for a seven-day extension to the court.  His motion for extension was filed on 28 June 2005 (Doc. # 53).  On 29 June 2005, seven days after he forwarded his request, the plaintiff did not file objections; indeed, on this date, more than 21 days or three weeks after he forwarded his request, the plaintiff still has not filed objections.

The court will nevertheless extend to him a final opportunity to object.  Accordingly, it is

ORDERED that the motion for extension is GRANTED and that the plaintiff's objections, if any, must be filed on or before 22 July 2005.  If the objections are not filed by that date, (1) they will not be accepted or considered thereafter, and (2) the court will enter a final order on the pending motion for summary judgment.

DONE this 14th day of July, 2005.


                              /s/ Vanzetta Penn McPherson
                              VANZETTA PENN MCPHERSON
                              UNITED STATES MAGISTRATE JUDGE