IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES R. WEST, JR., #110315, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:02cv1386-T |
| | ) |
| J. C. GILES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 9 June 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. Plaintiff's requests for prospective injunctive and declaratory relief are DISMISSED as moot;

3. That the defendants' motion for summary judgment be and is hereby GRANTED in its entirety, and all of Plaintiff's claims are DISMISSED;

4. That Judgment is entered in favor of defendants;

5. That the costs of this proceeding are taxed against Plaintiff; and

6. That this case be and is hereby DISMISSED with prejudice.

DONE, this the 3rd day of August, 2005.

                                                      /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE