IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES R. WEST, JR., #110315, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:02cv1386-T |
| | ) |
| J. C. GILES, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed with prejudice, and that the defendants recover the costs of this action.

DONE, this the 3rd day of August, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE